**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CHARLES REYNOLDS,**

       **Plaintiff,**

**v.**                               **Case No.  8:07-cv-734-T-30TGW**

**BUSCH ENTERTAINMENT
CORPORATION d/b/a BUSCH GARDENS
TAMPA,**

       **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Motion for Dismissal of All Claims With Prejudice (Dkt. #11).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.    The Joint Motion for Dismissal of All Claims With Prejudice (Dkt. #11) is GRANTED.

2.    This cause is dismissed with prejudice.

3.    All pending motions are denied as moot.

4.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 25, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-734.dismissal 11.wpd